No. 71–5590. SALISBURY v. OREGON. Appeal from Ct. App. Ore. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–431. IMMIGRATION AND NATURALIZATION SERVICE v. VITALES. C. A. 9th Cir. [Certiorari granted, 404 U. S. 983.] Judgment vacated and case remanded with directions to dismiss petition to review order of deportation.

No. A–880. SHELTON v. BRUNSON ET AL. D. C. N. D. Tex. Application for stay of deployment presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS would continue stay pending timely filing and disposition of a petition for writ of certiorari in this Court.

No. A–905. DAVIS ET AL. v. CINEMA CLASSICS, LTD., INC., ET AL.; and

No. A–913. BUSCH ET AL. v. CINEMA CLASSICS, LTD., INC., ET AL. D. C. C. D. Cal. Applications for stay of preliminary injunction presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.

No. A–962. CALIFORNIA v. ANDERSON. Sup. Ct. Cal. Application of State of California for stay of judgment of Supreme Court of California (Crim. 13617) denied.

No. 50, Orig. VERMONT v. NEW YORK ET AL. Motion of Monroe County Conservation Council for leave to intervene as a party plaintiff denied.